Clear Form

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Karla Maria Orozco Villalobos

vs

Access Nurses, Inc., a California corporation

FILED
08 FEB -7  AM 11: 39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0172 W JMA



TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Attorney Dawn M. Korver
Liebmann, Conway, Olejniczak & Jerry, S.C.
P.O. Box 23200
Green Bay, WI 54305

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/7/08
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)