DAWN M. KORVER (SBN 156458)
dmk@lcojlaw.com
LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
231 South Adams Street
Green Bay, Wisconsin 54301
P.O. Box 23200
Green Bay, Wisconsin 54305-3200
Telephone: (920) 437-0476
Facsimile: (920) 437-2868

FILED
08 FEB 29 AM 10: 20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

NUNC PRO TUNC
FEB 25 2008

Attorneys for Plaintiff
KARLA MARIA OROZCO VILLALOBOS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KARLA MARIA OROZCO VILLALOBOS<br><br>Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC. a California corporation<br><br>Defendant. | Case No. 08-CV-172-W-JMA<br><br>**DECLARATION OF SERVICE**<br><br>Hon. Thomas J. Whelan<br><br><br>Complaint Filed: January 29, 2008 |
|---|---|

On February 21, 2008, I served a copy, including all exhibits, if any, of the following document(s):

    1.    **Chamber Rules for Honorable Thomas J. Whelan**

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by U.S. Mail (I am readily familiar with the practice of Liebmann, Conway, Olejniczak & Jerry, S.C. for the collection and processing of correspondence for U.S. Mail and know that the document(s) described herein will be deposited in a box or other facility regularly maintained

---
1
PLAINTIFF'S DECLARATION OF SERVICE
Case No.: 08-CV-172-W-JMA

by the United States Postal Service for mail delivery).

I declare under penalty of perjury under the laws of the State of Wisconsin that the foregoing is true and correct.

Executed on February 21, 2008, at Green Bay, Wisconsin.

LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.


By: *Dawn M. Korver*
DAWN M. KORVER
Attorneys for Plaintiff

# PROOF OF SERVICE LIST

Alan Braynin, CEO
Access Nurses, Inc.
5935 Cornerstone Court West, 3rd Floor
San Diego, CA 92121
Defendant, Access Nurses, Inc.

#284021