DAVID J. DOW, Bar No. 179407
HILARY J. VREM, Bar No. 233956
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone:  619.232.0441
Facsimile:  619.232.4302

Attorneys for Defendant
ACCESS NURSES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC. a California Corporation,<br><br>Defendant. | Case No. 08 CV 0172 W JMA<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT** |

    IT IS HEREBY STIPULATED by Plaintiff Karla Maria Orozco Villalobos ("Plaintiff") and Defendant Access Nurses, Inc. ("Defendant"), through the undersigned counsel of record, and subject to the approval of the Court, that Defendants may have an additional fourteen (14) day extension of time from February 29, 2008 to and including March 17, 2008 within which to file and serve an Answer to the Complaint filed by Plaintiffs in the above-entitled action.

    1.    This case was filed on January 29, 2008.

    2.    The original responsive pleading deadline was March 3, 2008.

    3.    The new deadline to file and serve an Answer is March 17, 2008.

    4.    No prior stipulated extensions have been granted by either party.

////

////

CASE NO. 08 CV 0172 W JMA                    STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE

5.  The parties request that the Court enter this Stipulation and Order.

IT IS SO STIPULATED.

Dated: March 3, 2008

_____
DAVID J. DOW
HILARY J. VREM
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ACCESS NURSES, INC.

IT IS SO STIPULATED.

Dated: March 3rd, 2008

_____
DAWN M. KORVER
LIEBMAN, CONWAY, OLEJNICZAK
& JERRY, S.C.
Attorneys for Plaintiff
KARLA MARIA OROZCO VILLALOBOS

LITTLER MENDELSON
A Professional Corporation

CASE NO. 08 CV 0172 W JMA                          2.    STIPULATION TO EXTEND
Firmwide:84456709.1 048167.1000                          RESPONSIVE PLEADING DEADLINE