UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS,<br><br>    Plaintiff,<br>vs.<br>ACCESS NURSES, INC. a California Corporation,<br><br>    Defendant. | CASE NO. 08-CV-0172 W (JMA)<br><br>**ORDER EXTENDING TIME TO ANSWER (Doc. No. 6)** |

On January 29, 2008 Plaintiff Karla Maria Orozco Villalobos ("Plaintiff") filed a complaint against Defendant Access Nurses, Inc. ("Defendant"). On March 3, 2008 both parties stipulated to an extension of time for Defendants to answer the complaint. (Doc. No. 6.) Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to file and serve an answer until **March 17, 2008**.

**IT IS SO ORDERED.**

DATED: March 4, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28