DAVID J. DOW, Bar No. 179407
HILARY J. VREM, Bar No. 233956
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
email: ddow@littler.com

Attorneys for Defendant
ACCESS NURSES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC. a California Corporation,<br><br>Defendant. | Case No. 08 CV 0172 W JMA<br><br>**DEFENDANT ACCESS NURSES, INC.'S NOTICE OF PARTY WITH A FINANCIAL INTEREST** |

Defendant ACCESS NURSES, INC., submits the following Notice of Party with Financial Interest pursuant to U.S.D.C. Southern District Local Rule 40.2:

<u>NOTICE OF PARTY WITH FINANCIAL INTEREST</u>

Defendant has no parent corporation, and there is no publicly held corporation that owns 10% or more of Defendant's stock.

Dated: March 17, 2008

DAVID J. DOW
HILARY J. VREM
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ACCESS NURSES, INC.

Firmwide:84605261.1 048167.1000

*Karla Maria Orozco Villalobos v. Access Nurses*
U.S. District Court, Southern District – San Diego
Case No. 08 CV 0172 W (JMA)

# DECLARATION OF SERVICE

I, MAXINE HORTON, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My business address is 501 West Broadway, Suite 900, San Diego, California 92101.

On March 17, 2008, I served the following document(s):

**DEFENDANT ACCESS NURSES, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

on the parties in this action addressed as follows:

| | |
|---|---|
| Dawn M. Korver<br>Liebmann, Conway, Olejniczak & Jerry, S.C.<br>231 South Adams Street<br>Green Bay, Wisconsin  54301<br>Telephone: (920) 437-0476<br>Facsimile:  (920) 437-2868<br>email: dmk@lcojlaw.com | Attorneys for Plaintiff<br>KARLA MARIA OROZCO VILLALOBOS |

**BY U.S. MAIL:** I placed a true and correct copy of the above document(s) in a sealed envelope, addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 17, 2008 at San Diego, California.

*/s/ Maxine Horton*
MAXINE HORTON

Firmwide:84603754.1 048167.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101.3577
619.232.0441

Case No. 08CV 0172 W (JMA)

DECLARATION OF SERVICE