UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS, ) | Case No. 08-CV-0172-W (JMA) |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE** |
| v. ) | |
| ) | |
| ACCESS NURSES, INC., etc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

At the request of counsel, the Early Neutral Evaluation Conference previously scheduled to be held on April 30, 2008 at 2:00 p.m. is hereby VACATED.  Instead, Magistrate Judge Adler will conduct an Early Neutral Evaluation Conference on **May 23, 2008** at **10:00 a.m.**  Parties may submit concise Early Neutral Evaluation Conference statements, if desired, directly to chambers not later than May 16, 2008.[1]

**IT IS SO ORDERED.**

DATED: April 14, 2008

Jan M. Adler
U.S. Magistrate Judge

---

[1] Statements may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

08cv0172