UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACCESS NURSES, INC., etc., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 08-CV-0172-W (JMA) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

    On May 23, 2008 at 10:00 a.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

    Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

    1.    The Rule 26(f) conference shall be completed by June 4, 2008;

    2.    All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by June 18, 2008;

    3.    A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before June 18, 2008 (the parties should consult Rule 26(f) for the substance of the

1  discovery plan);[1] and,

2      4.    Pursuant to Rule 16(b) of the Federal Rules of Civil
3  Procedure, a telephonic Case Management Conference shall be held
4  on **June 25, 2008** at **2:00 p.m.** before Magistrate Judge Adler.  All
5  counsel and unrepresented parties shall appear telephonically at
6  this conference.  The Court will initiate the conference call.

7      Failure of any counsel or party to comply with this Order
8  will result in the imposition of sanctions.

9      **IT IS SO ORDERED.**

10 DATED:  May 27, 2008

11                                            Jan M. Adler
12                                            U.S. Magistrate Judge

---

28  [1] The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.