1  DAVID H. WEBER (*Pro Hac Vice*)
   dhw@lcojlaw.com
2  DAWN M. KORVER (SBN 156458)
   dmk@lcojlaw.com
3  LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
4  231 South Adams Street
   Green Bay, Wisconsin 54301
5  P.O. Box 23200
   Green Bay, Wisconsin 54305-3200
6  Telephone: (920) 437-0476
   Facsimile: (920) 437-2868

   Attorneys for Plaintiff
8  KARLA MARIA OROZCO VILLALOBOS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KARLA MARIA OROZCO VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC. a California Corporation,<br><br>Defendant. | Case No. 08 CV 0172 W JMA<br><br>**STIPULATION FOR FILING FIRST AMENDED COMPLAINT** |
|---|---|

IT IS HEREBY STIPULATED by Plaintiff Karla Maria Orozco Villalobos ("Plaintiff") and Defendant Access Nurses, Inc. ("Defendant"), through the undersigned counsel of record, and subject to the approval of the Court, that Plaintiff may file the First Amended Complaint attached hereto. The parties thus stipulate as follows:

1. This stipulation for filing First Amended Complaint is being entered within the time frame permitted by the Scheduling Order for amending the pleadings in this case;

2. Plaintiff should be granted leave to file the attached First Amended Complaint; and

3. Defendant shall have twenty (20) days to answer upon the filing of the First Amended Complaint.

CASE NO. 08 CV 0172 W JMA                    STIPULATION FOR FILING FIRST AMENDED COMPLAINT

1

2   IT IS SO STIPULATED.

3   Dated: August 25th 2008

4                                           ___/s David J. Dow_____
                                            DAVID J. DOW
5                                           HILARY J. VREM
                                            LITTLER MENDELSON
6                                           A Professional Corporation
                                            Attorneys for Defendant
7                                           ACCESS NURSES, INC.

8
    IT IS SO STIPULATED.
9
    Dated: August 25th 2008
10
                                            ___/s David H. Weber_____
11                                          DAVID H. WEBER
                                            DAWN M. KORVER
12                                          LIEBMAN, CONWAY, OLEJNICZAK
                                             & JERRY, S.C.
13                                          Attorneys for Plaintiff
                                            KARLA MARIA OROZCO VILLALOBOS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 08 CV 0172 W JMA         2.        STIPULATION FOR FILING FIRST
                                            AMENDED COMPLAINT