UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCESS NURSES, INC. a California Corporation,<br><br>　　　　Defendant. | Case No. 08 CV 0172 W JMA<br><br>**[proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The Parties having filed a joint Stipulation for Plaintiff to File the First Amended Complaint, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED:

　　1.　Plaintiff is granted leave to file its First Amended Complaint; and

　　2.　Defendant shall have twenty (20) days to answer upon the filing of the First Amended Complaint.

DATED: _____ ___, 2008.

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　_____
　　　　　　　　　　　Honorable Thomas J. Whelan
　　　　　　　　　　　District Court Judge

CASE NO. 08 CV 0172 W JMA