1  DAVID H. WEBER (*Pro Hac Vice*)
   dhw@lcojlaw.com
2  DAWN M. KORVER (SBN 156458)
   dmk@lcojlaw.com
3  LIEBMANN, CONWAY, OLEJNICZAK & JERRY,
   S.C.
4  231 South Adams Street
   Green Bay, Wisconsin 54301
5  P.O. Box 23200
   Green Bay, Wisconsin 54305-3200
6  Telephone:  (920) 437-0476
   Facsimile:  (920) 437-2868
7
   Attorneys for Plaintiff
8  KARLA MARIA OROZCO VILLALOBOS

9
                    UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11

12  KARLA MARIA OROZCO              | Case No. 08 CV 0172 W JMA
    VILLALOBOS,
13                                  | **CERTIFICATE OF SERVICE**
                    Plaintiff,
14
         v.
15
    ACCESS NURSES, INC. a California
16  Corporation,

17                  Defendant.

18

19

20      I hereby certify that on August 25, 2008, the foregoing documents attached to this Certificate

21  of Service were electronically filed with the Clerk of Courts using the CM/ECF system which will

22  automatically send e-mail notification of the filing to all attorneys of record so registered with the

23  CM/ECF system, including the following:

24

25                          Attorney David J. Dow
                            Littler Mendelson, P.C.
26                          501 W. Broadway, Ste 900
                            San Diego, CA 92101-3577
27                          E-Mail:      ddow@littler.com
                            Telephone:   (619) 232-0441
28                          Facsimile:   (619) 232-4302

1    Attorneys for Defendant, Access Nurses, Inc.

2

3

4    Dated:  August 25th 2008

5                                    ___/s David H. Weber_____
                                     DAVID H. WEBER
6                                    DAWN M. KORVER
                                     LIEBMAN, CONWAY, OLEJNICZAK
7                                     & JERRY, S.C.
                                     Attorneys for Plaintiff
8                                    KARLA MARIA OROZCO VILLALOBOS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28