# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KARLA MARIA OROZCO VILLALBOS, | CASE NO. 08-CV-0172 W (JMA) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO FILE FIRST AMENDED COMPLAINT** (Doc. No. 18) |
| vs. | |
| ACCESS NURSES, INC., | |
| Defendant. | |

On January 29, 2008 Plaintiff Karla Maria Orozco Villalobos commenced this breach of contract action against Defendant Access Nurses, Inc. (Doc. No. 1.) On August 25, 2008 both parties moved to amend the operative pleading. (Doc. No. 18.) Good cause showing, the Court hereby **GRANTS** the parties' joint motion and Plaintiff shall have leave to file her First Amended Complaint. Defendant shall have **twenty** days to answer upon filing.

**IT IS SO ORDERED**.

DATED: August 25, 2008

Hon. Thomas J. Whelan
United States District Judge