| | |
|---|---|
| 1 | DAVID H. WEBER (*Pro Hac Vice*) |
| | dhw@lcojlaw.com |
| 2 | DAWN M. KORVER (SBN 156458) |
| | dmk@lcojlaw.com |
| 3 | LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C. |
| 4 | 231 South Adams Street |
| | Green Bay, Wisconsin 54301 |
| 5 | P.O. Box 23200 |
| | Green Bay, Wisconsin 54305-3200 |
| 6 | Telephone:  (920) 437-0476 |
| | Facsimile:  (920) 437-2868 |
| 7 | |
| 8 | Attorneys for Plaintiff |
| | KARLA MARIA OROZCO VILLALOBOS |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS, | Case No. 08 CV 0172 W JMA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ACCESS NURSES, INC. a California Corporation, | |
| Defendant. | |

I hereby certify that on August 26, 2008, the foregoing document attached to this Certificate of Service were electronically filed with the Clerk of Courts using the CM/ECF system which will automatically send e-mail notification of the filing to all attorneys of record so registered with the CM/ECF system, including the following:

> Attorney David J. Dow
> Littler Mendelson, P.C.
> 501 W. Broadway, Ste 900
> San Diego, CA 92101-3577
> E-Mail:      ddow@littler.com
> Telephone:   (619) 232-0441
> Facsimile:   (619) 232-4302

CASE NO. 08 CV 0172 W JMA                                    CERTIFICATE OF SERVICE

Attorneys for Defendant, Access Nurses, Inc.

Dated: August 26th 2008

   /s David H. Weber
DAVID H. WEBER
DAWN M. KORVER
LIEBMAN, CONWAY, OLEJNICZAK
& JERRY, S.C.
Attorneys for Plaintiff
KARLA MARIA OROZCO VILLALOBOS

CASE NO. 08 CV 0172 W JMA      2.      CERTIFICATE OF SERVICE