1   DAVID J. DOW, Bar No. 179407
    HILARY J. VREM, Bar No. 233956
2   LITTLER MENDELSON
    A Professional Corporation
3   501 W. Broadway, Suite 900
    San Diego, CA 92101.3577
4   Telephone:  619.232.0441
    Facsimile:   619.232.4302
5   email:         ddow@littler.com

6   Attorneys for Defendant
    ACCESS NURSES, INC.
7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  KARLA MARIA OROZCO                    Case No. 08-cv-0172 W JMA
    VILLALOBOS,
11                                        **DEFENDANT ACCESS NURSES'**
                   Plaintiff,             **ANSWER TO PLAINTIFF'S FIRST**
12                                        **AMENDED COMPLAINT**
         v.
13
    ACCESS NURSES, INC. a California
14  Corporation,

15                 Defendant.

16

17         Defendant ACCESS NURSES, INC. ("Defendant") answers Plaintiff's First

18  Amended Complaint ("Complaint") as follows:

19         1.    Answering the allegations of Paragraph 1 of the First Amended Complaint,

20  Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of

21  the allegations contained in said paragraph, and on that basis denies generally and specifically each

22  and every allegation contained therein.

23         2.    Answering the allegations of Paragraph 2 of the First Amended Complaint,

24  Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of

25  the allegations contained in said paragraph, and on that basis denies generally and specifically each

26  and every allegation contained therein.

27         3.    Answering the allegations of Paragraph 3 of the First Amended Complaint,

28  Defendant admits that its principal place of business is at 5935 Cornerstone Court West, Third Floor,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                                    Case No. 08-cv-0172 W JMA

San Diego, California 92121.  Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

4.    Answering the allegations of Paragraph 4 of the First Amended Complaint, Defendant admits that it is engaged in the business of employing qualified physical therapists. Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

5.    Answering the allegations of Paragraph 5 of the First Amended Complaint, the allegations are jurisdictional and as such require no response.  However, to the extent a response is required, Defendant denies generally and specifically each and every remaining allegation contained therein.

6.    Answering the allegations of Paragraph 6 of the First Amended Complaint, the allegations are jurisdictional and as such require no response.  However, to the extent a response is required, Defendant admits that it conducts business in this judicial district.  Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

7.    Answering the allegations of Paragraph 7 of the First Amended Complaint, Defendant admits that venue is proper in this judicial district.  Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

8.    Answering the allegations of Paragraph 8 of the First Amended Complaint, Defendant admits that in or around 2006, Defendant recruited Plaintiff and entered into a sponsorship agreement with Plaintiff.  Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

9.    Answering the allegations of Paragraph 9 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

10.    Answering the allegations of Paragraph 10 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

/ / / /

/ / / /

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                    2.                    Case No. 08-cv-0172 W JMA

11.     Answering the allegations of Paragraph 11 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

12.     Answering the allegations of Paragraph 12 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

13.     Answering the allegations of Paragraph 13 of the First Amended Complaint, Defendant admits Plaintiff may have remained in the U.S. beyond her authorization and may have imperiled her ability to work in the U.S.  Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

14.     Answering the allegations of Paragraph 14 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

15.     Answering the allegations of Paragraph 15 of the First Amended Complaint, Defendant admits that it made efforts to recruit Plaintiff.  Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

16.     Answering the allegations of Paragraph 16 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

17.     Answering the allegations of Paragraph 17 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

18.     Answering the allegations of Paragraph 18 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

19.     Answering the allegations of Paragraph 19 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

20.     Answering the allegations of Paragraph 20 of the First Amended Complaint, Defendant admits it provided Plaintiff with a proposed contract outlining the duties and

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

1   responsibilities of the respective parties.   Except as so expressly admitted, Defendant denies

2   generally and specifically each and every remaining allegation contained therein.

3           21.   Answering the allegations of Paragraph 21 of the First Amended Complaint,

4   Defendant admits that Jennifer Culbertson communicated with Plaintiff.   Except as so expressly

5   admitted, Defendant denies generally and specifically each and every remaining allegation contained

6   therein.

7           22.   Answering the allegations of Paragraph 22 of the First Amended Complaint,

8   Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of

9   the allegations contained in said paragraph, and on that basis denies generally and specifically each

10   and every allegation contained therein.

11           23.   Answering the allegations of Paragraph 23 of the First Amended Complaint,

12   Defendant admits that Plaintiff signed a contract on or about September 6, 2006.   Except as so

13   expressly admitted, Defendant denies generally and specifically each and every remaining allegation

14   contained therein.

15           24.   Answering the allegations of Paragraph 24 of the First Amended Complaint,

16   Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of

17   the allegations contained in said paragraph, and on that basis denies generally and specifically each

18   and every allegation contained therein.

19           25.   Answering the allegations of Paragraph 25 of the First Amended Complaint,

20   Defendant denies generally and specifically each and every allegation contained therein.

21           26.   Answering the allegations of Paragraph 26 of the First Amended Complaint,

22   Defendant denies generally and specifically each and every allegation contained therein.

23           27.   Answering the allegations of Paragraph 27 of the First Amended Complaint,

24   Defendant admits that Ms. Culbertson worked with Plaintiff to assemble necessary information for

25   submitting Plaintiff's immigration paperwork.   Except as so expressly admitted, Defendant denies

26   generally and specifically each and every remaining allegation contained therein.

27   / / / /

28   / / / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

4.

Case No. 08-cv-0172 W JMA

28. Answering the allegations of Paragraph 28 of the First Amended Complaint, Defendant admits that it sent Forms I-140, I-485 and I-765 to the United States Custom and Immigration Services ("USCIS") by October 25, 2006. Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

29. Answering the allegations of Paragraph 29 of the First Amended Complaint, Defendant admits that applications were returned to Defendant. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies generally and specifically each and every remaining allegation contained therein.

30. Answering the allegations of Paragraph 30 of the First Amended Complaint, Defendant admits forms were sent back to USCIS and that USCIS had instituted retrogression. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies generally and specifically each and every remaining allegation contained therein.

31. Answering the allegations of Paragraph 31 of the First Amended Complaint, Defendant admits that USCIS accepted the I-140 and that USCIS returned the I-485 and I-765 applications by letter dated January 18, 2007. Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

32. Answering the allegations of Paragraph 32 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

33. Answering the allegations of Paragraph 33 of the First Amended Complaint, Defendant admits that Ms. Culbertson advised Plaintiff that she was "in status." Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

34. Answering the allegations of Paragraph 34 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

35. Answering the allegations of Paragraph 35 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

5.

Case No. 08-cv-0172 W JMA

36.    Answering the allegations of Paragraph 36 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

37.    Answering the allegations of Paragraph 37 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

38.    Answering the allegations of Paragraph 38 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

39.    Answering the allegations of Paragraph 39 of the First Amended Complaint, Defendant admits it mailed an I-485 and I-765 form for Plaintiff on or about August 6, 2007. Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

40.    Answering the allegations of Paragraph 40 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

41.    Answering the allegations of Paragraph 41 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

42.    Answering the allegations of Paragraph 42 of the First Amended Complaint, Defendant admits it received written correspondence from Plaintiff's counsel on or about November 15, 2007. Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

43.    Answering the allegations of Paragraph 43 of the First Amended Complaint, Defendant admits that it confirmed it had not retained immigration counsel. Except as so expressly admitted, Defendant denies generally and specifically each and every remaining allegation contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                    6.                    Case No. 08-cv-0172 W JMA

1    44.    Answering the allegations of Paragraph 44 of the First Amended Complaint,

2    Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of

3    the allegations contained in said paragraph, and on that basis denies generally and specifically each

4    and every allegation contained therein.

5    45.    Answering the allegations of Paragraph 45 of the First Amended Complaint,

6    Defendant denies generally and specifically each and every allegation contained therein.

7    46.    Answering the allegations of Paragraph 46 of the First Amended Complaint,

8    Defendant denies generally and specifically each and every allegation contained therein.

9    47.    Answering the allegations of Paragraph 47 of the First Amended Complaint,

10    Defendant admits that Plaintiff signed a document titled "Access Nurses Sponsorship Agreement"

11    on or about September 6, 2006.  Except as so expressly admitted, Defendant denies each and every

12    remaining allegation contained therein.

13    48.    Answering the allegations of Paragraph 48 of the First Amended Complaint,

14    Defendant admits the allegations of said Paragraph.

15    49.    Answering the allegations of Paragraph 49 of the First Amended Complaint,

16    Defendant admits the Sponsorship Agreement provided that Defendant would cover various post-

17    contracting costs incurred in relation to Plaintiff's visa application process and/or after Plaintiff

18    commenced employment with Defendant.  Except as so expressly admitted, Defendant denies

19    generally and specifically each and every allegation contained therein.

20    50.    Answering the allegations of Paragraph 50 of the First Amended Complaint,

21    Defendant denies generally and specifically each and every allegation contained therein.

22    51.    Answering the allegations of Paragraph 51 of the First Amended Complaint,

23    Defendant denies the allegations contained therein.

24    52.    Answering the allegations of Paragraph 52 of the First Amended Complaint,

25    Defendant admits the allegations contained therein.

26    53.    Answering the allegations of Paragraph 53 of the First Amended Complaint,

27    Defendant admits the allegations contained therein.

28    / / / /

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                    7.                Case No. 08-cv-0172 W JMA

54.    Answering the allegations of Paragraph 54 of the First Amended Complaint, Defendant admits the allegations contained therein.

55.    Answering the allegations of Paragraph 55 of the First Amended Complaint, Defendant denies generally and specifically the allegations contained therein.

56.    Answering the allegations of Paragraph 56 of the First Amended Complaint, Defendant admits the allegations contained therein.

57.    Answering the allegations of Paragraph 57 of the First Amended Complaint, Defendant admits the allegations contained therein.

58.    Answering the allegations of Paragraph 58 of the First Amended Complaint, Defendant admits the allegations contained therein.

59.    Answering the allegations of Paragraph 59 of the First Amended Complaint, Defendant admits the allegations contained therein.

60.    Answering the allegations of Paragraph 60 of the First Amended Complaint, Defendant admits the allegations contained therein.

61.    Answering the allegations of Paragraph 61 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

62.    Answering the allegations of Paragraph 62 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

63.    Answering the allegations of Paragraph 63 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-62 as though fully set forth herein.

64.    Answering the allegations of Paragraph 64 of the First Amended Complaint, Defendant denies the allegations contained therein.

65.    Answering the allegations of Paragraph 65 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

66.    Answering the allegations of Paragraph 66 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

8.

Case No. 08-cv-0172 W JMA

1  the allegations contained in said paragraph, and on that basis denies generally and specifically each
2  and every allegation contained therein.

3      67.    Answering the allegations of Paragraph 67 of the First Amended Complaint,
4  Defendant incorporates by reference each and every answer to Paragraphs 1-66 as though fully set
5  forth herein.

6      68.    Answering the allegations of Paragraph 68 of the First Amended Complaint,
7  Defendant denies generally and specifically each and every allegation contained therein.

8      69.    Answering the allegations of Paragraph 69 of the First Amended Complaint,
9  requires Defendant to make a legal conclusion and on this basis, Defendant does not need to
10  respond.  To the extent a response is required, Defendant denies generally and specifically each and
11  every allegation contained therein.

12      70.    Answering the allegations of Paragraph 70 of the First Amended Complaint,
13  Defendant denies generally and specifically each and every allegation contained therein.

14      71.    Answering the allegations of Paragraph 71 of the First Amended Complaint,
15  Defendant denies generally and specifically each and every allegation contained therein.

16      72.    Answering the allegations of Paragraph 72 of the First Amended Complaint,
17  Defendant denies generally and specifically each and every allegation contained therein.

18      73.    Answering the allegations of Paragraph 73 of the First Amended Complaint,
19  Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of
20  the allegations contained in said paragraph, and on that basis denies generally and specifically each
21  and every allegation contained therein.

22      74.    Answering the allegations of Paragraph 74 of the First Amended Complaint,
23  Defendant incorporates by reference each and every answer to Paragraphs 1-73 as though fully set
24  forth herein.

25      75.    Answering the allegations of Paragraph 75 of the First Amended Complaint,
26  Defendant admits the parties entered into a Sponsorship Agreement in the fall of 2006.  Except as so
27  expressly admitted, Defendant denies generally and specifically each and every allegation contained
28  therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
9.
Case No. 08-cv-0172 W JMA

76.     Answering the allegations of Paragraph 76 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

77.     Answering the allegations of Paragraph 77 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

78.     Answering the allegations of Paragraph 78 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-77 as though fully set forth herein.

79.     Answering the allegations of Paragraph 79 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

80.     Answering the allegations of Paragraph 80 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

81.     Answering the allegations of Paragraph 81 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

82.     Answering the allegations of Paragraph 82 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

83.     Answering the allegations of Paragraph 83 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

84.     Answering the allegations of Paragraph 84 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

85.     Answering the allegations of Paragraph 85 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

86.     Answering the allegations of Paragraph 86 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-85 as though fully set forth herein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT     10.     Case No. 08-cv-0172 W JMA

1    87.    Answering the allegations of Paragraph 87 of the First Amended Complaint,

2    Defendant denies generally and specifically each and every allegation contained therein.

3    88.    Answering the allegations of Paragraph 88 of the First Amended Complaint,

4    Defendant denies generally and specifically each and every allegation contained therein.

5    89.    Answering the allegations of Paragraph 89 of the First Amended Complaint,

6    Defendant denies generally and specifically each and every allegation contained therein.

7    90.    Answering the allegations of Paragraph 90 of the First Amended Complaint,

8    Defendant denies generally and specifically each and every allegation contained therein.

9    91.    Answering the allegations of Paragraph 91 of the First Amended Complaint,

10    Defendant denies generally and specifically each and every allegation contained therein.

11    92.    Answering the allegations of Paragraph 92 of the First Amended Complaint,

12    Defendant denies generally and specifically each and every allegation contained therein.

13    93.    Answering the allegations of Paragraph 93 of the First Amended Complaint,

14    Defendant denies generally and specifically each and every allegation contained therein.

15    94.    Answering the allegations of Paragraph 94 of the First Amended Complaint,

16    Defendant admits that it is not listed on the Secretary of State's website at

17    http://www.sos.ca.gov/business/sf/sf_contacts.htm.    Except as so expressly admitted, Defendant

18    denies generally and specifically each and every remaining allegation contained therein.

19    95.    Answering the allegations of Paragraph 95 of the First Amended Complaint,

20    Defendant denies generally and specifically each and every allegation contained therein.

21    96.    Answering the allegations of Paragraph 96 of the First Amended Complaint,

22    Defendant denies generally and specifically each and every allegation contained therein.

23    97.    Answering the allegations of Paragraph 97 of the First Amended Complaint,

24    Defendant denies generally and specifically each and every allegation contained therein.

25    98.    Answering the allegations of Paragraph 98 of the First Amended Complaint,

26    Defendant denies generally and specifically each and every allegation contained therein.

27    99.    Answering the allegations of Paragraph 99 of the First Amended Complaint,

28    Defendant denies generally and specifically each and every allegation contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101 3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                    11.                    Case No. 08-cv-0172 W JMA

1            100.    Answering the allegations of Paragraph 100 of the First Amended Complaint,

2     Defendant denies generally and specifically each and every allegation contained therein.

3            101.    Answering the allegations of Paragraph 101 of the First Amended Complaint,

4     Defendant denies generally and specifically each and every allegation contained therein.

5            102.    Answering the allegations of Paragraph 102 of the First Amended Complaint,

6     Defendant denies generally and specifically each and every allegation contained therein.

7            103.    Answering the allegations of Paragraph 103 of the First Amended Complaint,

8     Defendant denies generally and specifically each and every allegation contained therein.

9            104.    Answering the allegations of Paragraph 104 of the First Amended Complaint,

10    Defendant denies generally and specifically each and every allegation contained therein.

11           105.    Answering the allegations of Paragraph 105 of the First Amended Complaint,

12    Defendant denies generally and specifically each and every allegation contained therein.

13           106.    Answering the allegations of Paragraph 106 of the First Amended Complaint,

14    Defendant denies generally and specifically each and every allegation contained therein.

15           107.    Answering the allegations of Paragraph 107 of the First Amended Complaint,

16    Defendant denies generally and specifically each and every allegation contained therein.

17           108.    Answering the allegations of Paragraph 108 of the First Amended Complaint,

18    Defendant denies generally and specifically each and every allegation contained therein.

19           109.    Answering the allegations of Paragraph 109 of the First Amended Complaint,

20    Defendant denies generally and specifically each and every allegation contained therein.

21           110.    Answering the allegations of Paragraph 110 of the First Amended Complaint,

22    Defendant denies generally and specifically each and every allegation contained therein.

23           111.    Answering the allegations of Paragraph 111 of the First Amended Complaint,

24    Defendant denies generally and specifically each and every allegation contained therein.

25           112.    Answering the allegations of Paragraph 112 of the First Amended Complaint,

26    Defendant denies generally and specifically each and every allegation contained therein.

27           113.    Answering the allegations of Paragraph 113 of the First Amended Complaint,

28    Defendant denies generally and specifically each and every allegation contained therein.

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT          12.          Case No. 08-cv-0172 W JMA

114.    Answering the allegations of Paragraph 114 of the First Amended Complaint, the allegations are statements of intent and as such require no response.  To the extent the allegations in Paragraph 114 require a response, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

115.    Answering the allegations of Paragraph 115 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

116.    Answering the allegations of Paragraph 116 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

117.    Answering the allegations of Paragraph 117 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

118.    Answering the allegations of Paragraph 118 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-117 as though fully set forth herein.

119.    Answering the allegations of Paragraph 119 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

120.    Answering the allegations of Paragraph 120 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

121.    Answering the allegations of Paragraph 121 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

/ / / /

/ / / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

13.

Case No. 08-cv-0172 W JMA

122. Answering the allegations of Paragraph 122 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-121 as though fully set forth herein.

123. Answering the allegations of Paragraph 123 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

124. Answering the allegations of Paragraph 124 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

125. Answering the allegations of Paragraph 125 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-124 as though fully set forth herein.

126. Answering the allegations of Paragraph 126 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

127. Answering the allegations of Paragraph 127 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

128. Answering the allegations of Paragraph 128 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-127 as though fully set forth herein.

129. Answering the allegations of Paragraph 129 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

130. Answering the allegations of Paragraph 130 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

131. Answering the allegations of Paragraph 131 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA  92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                                    14.                    Case No. 08-cv-0172 W JMA

132.    Answering the allegations of Paragraph 132 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

133.    Answering the allegations of Paragraph 133 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

134.    Answering the allegations of Paragraph 134 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

135.    Answering the allegations of Paragraph 135 of the First Amended Complaint, Defendant incorporates by reference each and every answer to Paragraphs 1-134 as though fully set forth herein.

136.    Answering the allegations of Paragraph 136 of the First Amended Complaint, requires Defendant to make a legal conclusion and on this basis, Defendant does not need to respond.  To the extent a response is required, Defendant denies generally and specifically each and every allegation contained therein.

137.    Answering the allegations of Paragraph 137 of the First Amended Complaint, requires Defendant to make a legal conclusion and on this basis, Defendant does not need to respond.  To the extent a response is required, Defendant denies generally and specifically each and every allegation contained therein.

138.    Answering the allegations of Paragraph 138 of the First Amended Complaint, Defendant denies generally and specifically each and every allegation contained therein.

139.    Answering the allegations of Paragraph 139 of the First Amended Complaint, Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies generally and specifically each and every allegation contained therein.

/ / / /

/ / / /

/ / / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                                    15.                    Case No. 08-cv-0172 W JMA

1

## **PRAYER FOR RELIEF**

2        The allegations set forth on page 20 and 21 of the Complaint and lettered as

3   paragraphs A-E are requests for relief and as such require no response. However, to the extent a

4   response is required, Defendants submits Plaintiff is not entitled to the relief sought.

5

## **ADDITIONAL AND AFFIRMATIVE DEFENSES**

6        1.      As a separate and distinct affirmative defense, Defendant alleges that

7   Plaintiff's claims fail, in whole or in part, for failure to state a claim upon which relief may be

8   granted.

9        2.      As a separate and distinct affirmative defense, Defendant alleges that

10  Plaintiff's claims fail, in whole or in part, for lack of standing.

11       3.      As a separate and distinct affirmative defense, Defendant alleges that the

12  Complaint, and each and every cause of action alleged therein, are barred by the Statue of

13  Limitations set forth in California Code of Civil Procedure sections 335.1, 338, and 338, California

14  Civil Code section 1783, and any other applicable statute of limitations.

15       4.      As a separate and distinct affirmative defense, Defendant alleges Plaintiff by

16  her own acts and/or omissions, has waived any rights to recover against Defendant.

17       5.      As a separate and distinct affirmative defense, Defendant alleges that each

18  purported cause of action in the Complaint, or some of the causes of action, are barred, or recovery

19  should be reduced, pursuant to the doctrine of avoidable consequences.

20       6.      As a separate and distinct affirmative defense, Defendant alleges Plaintiff's

21  complaint is uncertain and ambiguous as to Plaintiff's claim for damages against Defendant.

22       7.      As a separate and distinct affirmative defense, Defendant alleges Plaintiff's

23  complaint fails to state facts sufficient to constitute a cause of action.

24       8.      As a separate and distinct affirmative defense, Defendant alleges that

25  Defendant is not liable for Plaintiff's alleged damages because, if any person or entity engaged in

26  intentional, willful, negligent or unlawful conduct as alleged in the Complaint, he/she/it did so

27  without the knowledge, authorization, or ratification of Defendant.

28

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                    16.                    Case No. 08-cv-0172 W JMA

9.     As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's claims are barred in whole or in part by the doctrine of *de minimis non curat lex.*

10.     As a separate and distinct affirmative defense, Defendant alleges that Plaintiff has failed, refused and/or neglected to mitigate or avoid the damages complained of in the Complaint, if any.

11.     As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's claims may be barred, in whole or in part, by the doctrines of estoppel, laches, or unclean hands.

12.     As a separate and distinct affirmative defense, Defendant alleges that Plaintiff did not exercise due caution or care with respect to the matters alleged in the Complaint and that if, in fact, Plaintiff suffered any damage or injury, Plaintiff contributed in whole or in part to such damage or injury, and that, therefore, any remedy or recovery to which Plaintiff might otherwise be entitled must be denied or reduced accordingly.

13.     As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each and every cause of action alleged therein are barred in that, at all relevant times, Defendant acted reasonably and in good faith, based upon relevant facts and circumstances known to it and the time it acted, if at all.

14.     As a separate and distinct affirmative defense, Defendant alleges that if any damages or injuries were in fact suffered by Plaintiff, such damages or injuries must be reduced or diminished by amounts received or receivable by Plaintiff in the exercise of reasonable diligence as income or in lieu of earned income, or in satisfaction of any liability owed by or on behalf of Defendant in this action.

15.     As a separate and distinct affirmative defense, Defendant alleges that any obligation or duty, contractual or otherwise, which Plaintiff claims is owed her has been fully performed, satisfied and/or discharged.

16.     As a separate and distinct affirmative defense, Defendant alleges that with respect to Plaintiff's contractual claims there has been a failure of consideration.

/ / / /

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT          17.          Case No. 08-cv-0172 W JMA

1    17.    As a separate and distinct affirmative defense, Defendant alleges that its

2    performance under the contract was impossible and/or unlawful.

3    18.    As a separate and distinct affirmative defense, Defendant alleges that the

4    contract has been modified.

5    19.    As a separate and distinct affirmative defense, Defendant alleges that the

6    terms of the contract are too uncertain and ambiguous to be enforced.

7    20.    As a separate and distinct affirmative defense, Defendant alleges that

8    Plaintiff's contractual claims are barred as Plaintiff committed a prior material breach.

9    21.    As a separate and distinct affirmative defense, Defendant alleges that

10   Plaintiff's damages, if any, were caused solely by Plaintiff's own breach of the contract which is the

11   subject of this action.

12   22.    As a separate and distinct affirmative defense, Defendant alleges Plaintiff's

13   complaint fails to allege facts sufficient to entitle Plaintiff to recover attorney's fees in the

14   prosecution of this action against Defendant.

15   23.    As a separate and distinct affirmative defense, Defendants are informed and

16   believe, and on that basis allege that the Complaint, and each claim for relief asserted therein, is

17   barred by the doctrine of accord and satisfaction.

18   24.    As a separate and distinct affirmative defense, Defendant alleges Plaintiff

19   consented to all actions taken, if any, and that Defendant's actions, if any, were therefore privileged.

20   25.    As a separate and affirmative defense, any loss or damage alleged by Plaintiff

21   was and is attributable to causes other than conduct of, or chargeable to, Defendant.

22   26.    As a separate and distinct affirmative defense, Defendant alleges it owed no

23   duty of care to Plaintiff.

24   27.    As a separate and affirmative defense, Defendant is informed and believes,

25   and based thereon alleges, that each of the incidents and transactions referred to or described in the

26   Complaint, and any and all injuries or damages, if any, sustained there from, were proximately

27   caused, in whole or in part, by the fault, breach of conduct and/or other misconduct of and/or

28   chargeable to Plaintiff. As a result thereof, Plaintiff's recovery, if any, should be reduced by an

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

18.

Case No. 08-cv-0172 W JMA

1  amount proportionate to the amount by which the fault, breach of contract and/or other misconduct

2  of and/or chargeable to Plaintiff contributed to any and all injuries and damages sustained there

3  from.  To the extent Plaintiff has suffered any injury, such injury was caused in whole or in part by

4  the actions and contributory or comparative fault of Plaintiff and her agents, and any recovery by

5  Plaintiff must be reduced or denied accordingly.

6          28.    As a separate and affirmative defense, if it should be found that Defendant is

7  in any manner legally responsible for injuries or damages, if any, sustained by Plaintiff, then any

8  such injuries or damages found to have been incurred or suffered by Plaintiff in this action were

9  proximately contributed to by other persons or entities.  Accordingly, it is necessary that the

10  proportionate degree of fault of each such person or entity be determined and compared so that as

11  between Defendant, Plaintiff, third parties, or any of them, pay only that amount of damages caused

12  by their respective own fault, if any, and if Defendant is not so liable (and Defendant alleges that it is

13  not liable), all other such persons or entities should pay all of said judgment, if any.

14          29.    As a separate and affirmative defense, Defendant alleges that, if any mental or

15  emotional distress was in fact suffered by Plaintiff, it was proximately caused by factors other than

16  any act or omission of Defendant.

17          30.    As a separate and affirmative defense, Plaintiff's claims, and each of them, are

18  barred, in whole or in part, because Defendant did not act with the requisite degree of intent or fault.

19          31.    As a separate and affirmative defense, no relief may be obtained under the

20  Complaint by reasons of Plaintiff's failure to do equity in matters relevant to Plaintiff's Complaint.

21          32.    As a separate and affirmative defense, Defendant alleges that the Immigration

22  Consultants statute, Cal. Bus. & Prof. Code § 22440, *et seq.*, Consumer Legal Remedies Act, Cal.

23  Civ. Code § 1750, *et seq.*, and Employment Agency, Employment Counseling and Job Listing

24  Services Act, Cal. Civ. Code § 1812.500, *et seq.*, are unconstitutionally vague and violate

25  Defendant's due process rights, both substantive and procedural, in violation of the Fifth and

26  Fourteenth Amendments to the United States Constitution and similar provisions of the California

27  Constitution.

28          33.    As a separate and affirmative defense, Defendant alleges that the damages and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101 3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                    19.                    Case No. 08-cv-0172 W JMA

penalty provisions of the Immigration Consultants statute, Cal. Bus. & Prof. Code § 22440, *et seq.*, Consumer Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.*, and Employment Agency, Employment Counseling and Job Listing Services Act, Cal. Civ. Code § 1812.500, *et seq.*, violate the provisions of the Fifth, Eighth and Fourteenth Amendments to the United States Constitution and similar provisions under the California Constitution.

34.    As a separate and affirmative defense, any award of punitive or exemplary damages to Plaintiff would violate the constitutional rights of Defendant under the provisions of the United States and California Constitutions, including but not limited to the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution and Article I, Section 7 of the California Constitution because, among other things, (1) an award of punitive or exemplary damages would be grossly out of proportion to the alleged wrongful conduct and purported injury at issue here; (2) the alleged wrongful conduct at issue here is not sufficiently reprehensible to warrant the imposition of any punitive or exemplary damages; and (3) the criteria for the imposition of punitive or exemplary damages are unconstitutionally vague and uncertain and fail to provide fair notice of what conduct will result in the imposition of such damages.

35.    As a separate and affirmative defense, without conceding that any act of Defendant caused damage to Plaintiff or to any other person in any respect, Defendant alleges that it is entitled to offset and recoup against any judgment that may be entered against it all obligations of the Plaintiff owing to the Defendant, and all amounts otherwise recovered by Plaintiff for said claims. Offset and recoupment are appropriate by reason of Plaintiffs breaches of contract, violation of the covenant of good faith and fair dealing, and other conduct both wrongful and otherwise.

36.    As a separate and affirmative defense, Plaintiff is not entitled to recover any punitive damages because the Complaint and each claim set forth therein fail to plead facts sufficient to support the recovery of punitive damages.

37.    As a separate and distinct affirmative defense, Defendant alleges that it may have additional defenses that cannot be articulated due to Plaintiff's failure to particularize her claims, due to the fact that Defendant does not have copies of certain documents bearing on Plaintiff's claims and due to Plaintiff's failure to provide more specific information concerning the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT    20.    Case No. 08-cv-0172 W JMA

1  nature of the damage claims and claims for certain costs which Plaintiff alleges that Defendant may

2  share some responsibility. Defendant therefore reserves the right to assert additional defenses upon

3  further particularization of Plaintiff's claims, upon examination of the documents provided, upon

4  discovery of further information concerning the alleged damage claims and claims for cost and upon

5  the development of other pertinent information.

6        38.    As a separate and distinct affirmative defense, Defendant alleges that to the

7  extent there existed an employer/employee relationship between the Plaintiff and Defendant which

8  was subject to workers' compensation coverage, some or all of the conduct alleged in the Complaint,

9  to the extent it occurred, was within the course and scope of the Plaintiff's employment, and that

10  some or all of the injuries that allegedly occurred, if any, arose out of or were proximately caused by

11  that employment relationship; therefore, the Plaintiff's claims are barred by the exclusive remedy

12  provisions of the California Workers' Compensation Act, Labor Code section 3600 *et seq.*

13        39.    As a separate and distinct affirmative defense, Defendant alleges Defendant

14  reserves the right to assert additional defenses or claims, which may become known during the

15  course of discovery.

16        WHEREFORE Defendant ACCESS NURSES, INC. respectfully requests that this

17  Court:  (a) dismiss Plaintiff's Complaint with prejudice; (b) deny Plaintiff's demands and prayer for

18  relief; (c) award Defendant costs and reasonable attorney's fees incurred in defense of this action;

19  and (d) grant such other and further relief as the Court deems just and proper.

20

21  Dated: September 15, 2008

22        /s/ David J. Dow _____
         DAVID J. DOW
         HILARY J. VREM
23        LITTLER MENDELSON
         A Professional Corporation
24        Attorneys for Defendant
         ACCESS NURSES, INC.
25

26  Firmwide:86458615.1 048167.1008

27

28

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619.232.0441

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT                    21.              Case No. 08-cv-0172 W JMA

1  *Karla Maria Orozco Villalobos v. Access Nurses*
   U.S. District Court, Southern District – San Diego
2  Case No. 08 CV 0172 W (JMA)

3

4

5                     **DECLARATION OF SERVICE**

6          I, MAXINE HORTON, declare:

7          I am, and was at the time of service of the papers herein referred to, over the age of

8  18 years, and not a party to this action.  I am employed in the office of a member of the bar of this

9  Court at whose direction the service was made.  My business address is 501 West Broadway,

10 Suite 900, San Diego, California 92101.

11          On September 15, 2008, I served the following document(s):

12 **DEFENDANT ACCESS NURSES' ANSWER TO PLAINTIFF'S FIRST AMENDED
   COMPLAINT**
13

14 on the parties in this action addressed as follows:

15 David H. Weber                              Attorneys for Plaintiff
   Liebmann, Conway, Olejniczak & Jerry, S.C.  KARLA MARIA OROZCO VILLALOBOS
16 231 South Adams Street
   Green Bay, Wisconsin  54301
17 Telephone: (920) 437-0476
   Facsimile:  (920) 437-2868
18 email:  dhw@lcojlaw.com

19

20 **BY U.S. MAIL:** I placed a true and correct copy of the above document(s) in a sealed envelope,
   addressed as indicated above.  I am readily familiar with the firm's practice of collection and
21 processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day
   in the ordinary course of business.  I am aware that on motion of party served, service is presumed
22 invalid if postal cancellation date or postage meter date is more than one day after date of deposit for
   mailing in affidavit.
23

24          I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct and that this declaration was executed on September 15, 2008 at
25 San Diego, California.

26                                          _Maxine Horton_
                                            MAXINE HORTON
27

28 Firmwide:84603754.1 048167.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101-3577
619 232 0441

                                            Case No. 08CV 0172 W (JMA)