# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MARIA OROZCO VILLALOBOS,<br><br>              Plaintiff,<br>v.<br><br>ACCESS NURSES, INC.,<br><br>              Defendant. | CASE NO: 08-CV-0172 W (JMA)<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY [DOC. NO. 28]** |

Pending before the Court is Defendant Access Nurses, Inc.'s motion to substitute Paul H. Duvall of King & Ballow, in place of David J. Dow of Littler Mendelson, P.C. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. No. 28.)

**IT IS SO ORDERED.**

DATED: December 19, 2008

_____
Hon. Thomas J. Whelan
United States District Judge